UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. |
|---|---|
| | Chapter 13 |
| Debtor. | **FINAL REPORT OF MORTGAGE MODIFICATION MEDIATION PROGRAM MEDIATOR** |

_____, the Court-appointed Mortgage Modification Mediation Program (the "MMM Program") mediator (the "Mediator") in the above-captioned case, hereby reports as follows:

    1. On _____, the final MMM Conference was conducted and the parties:

    ___ Reached a trial loan modification agreement.
    ___ Reached a final loan modification agreement.
    ___ Failed to reach an agreement.
    ___ Other (specify): _____
    _____

The following persons were in attendance at the MMM Conference:

    ___ Debtor: _____
    ___ Debtor's Attorney: _____
    ___ Co-Debtor / Co-Borrower: _____
    ___ Debtor's Attorney: _____
    ___ Lender's Representative: _____
    ___ Other: _____

    2. The final MMM Conference was scheduled for _____, but the conference was not conducted for the following reason(s) (select all that apply):

| | | |
|---|---|---|
| | ___ | The parties settled prior to the conference. |
| | ___ | The above-captioned case was dismissed. |
| | ___ | The Debtor failed to attend. |
| | ___ | The Debtor's attorney failed to attend. |
| | ___ | The Lender's representative failed to attend. |
| | ___ | The Lender's attorney failed to attend. |
| | ___ | Other: _____ |
| | | _____. |

___ 3. The Debtor's attorney fully performed all services required by the Mortgage Modification Program Procedures and participated in all MMM Conferences, and the failure of the parties to reach an agreement in this matter was no fault of the Debtor's attorney.

___ 4. The Mediator further reports:

_____.

Dated: _____      Respectfully submitted,

By: _____

FORM ND-MMM-201                    2                    VERSION 1.00 (August 1, 2015)
FINAL REPORT OF MORTGAGE MODIFICATION MEDIATION PROGRAM MEDIATOR